IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) Case No. 15-2459 |
| v. | ) |
| ALAN CHRISTOPHER REYES, *et al.*, | ) |
|     Defendants. | ) |

## **UNITED STATES' MOTION FOR ENTRY OF DEFAULT**

Plaintiff, the United States of America, requests that the Clerk of the Court enter default against the Defendants, SunTrust Bank and First Tennessee Bank, pursuant to Federal Rule of Civil Procedure 55(a). The summons and a copy of the complaint were served on SunTrust and First Tennessee through their registered agents, The Corporation Trust Company and Lenore S. Halle, on July 15 and 17, 2015, respectively. SunTrust and First Tennessee have failed to answer or otherwise respond to the complaint.

//



//



//

1

DATED: August 18, 2015

                                              CAROLINE D. CIRAOLO
                                              Acting Assistant Attorney General

                                              EDWARD L. STANTON III
                                              United States Attorney

                                              */s/ Stephen A. Josey* _____
                                              STEPHEN A. JOSEY
                                              TN BPR #: 031179
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227, Ben Franklin Station
                                              Washington, D.C.  20044
                                              202-307-1427 (v)
                                              202-514-6866 (f)
                                              Stephen.a.josey@usdoj.gov

CERTIFICATE OF SERVICE

I, Stephen Josey, hereby certify that on August 18, 2015, I filed the foregoing <u>UNITED STATES' MOTION FOR ENTRY OF DEFAULT</u> with the Clerk of Court, using the CM/ECF system, and served the Defendants, Alan C. Reyes, Vernice Kuglin, SunTrust Bank, and First Tennessee Bank, by mailing a true and correct copy thereof by first-class mail, postage prepaid, and addressed to the following:

*Defendants*

Alan C. Reyes
1 South Main St.
Memphis, TN 38103

Vernice Kuglin
200 Wagner Place, Apt. 802
Memphis, TN 38103

SunTrust Bank
Corporation Service Company
2908 Poston Ave
Nashville, TN 37203

First Tennessee Bank
Attn: Lenore S. Halle
165 Madison Ave.
Memphis, TN 38103

*/s/ Stephen A. Josey*
STEPHEN A. JOSEY