IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15-2459 |
| Plaintiff, ) | |
| v. ) | |
| ALAN CHRISTOPHER REYES, *et al.*, ) | |
| Defendants. ) | |

### ENTRY OF DEFAULT

Default is hereby entered against Defendants SunTrust Bank and First Tennessee Bank pursuant to Fed. R. Civ. P. 55(a), for failing to plead or otherwise defend in this action.

Dated this __2nd__ day of _____September_____, 20_15_.

THOMAS M. GOULD
Clerk of Court

By ___s/Anthony G. Johnson___
Deputy Clerk

1