
**Internal Revenue Service**
United States Department of the Treasury

```
          This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                              Request Date:    06-09-2015
                              Response Date:   06-09-2015
                              Tracking Number: 100257270010
```

FORM NUMBER:        1040A
TAX PERIOD:         Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:

VERNICE B KUGLIN
200 WAGNER PL APT 802
MEMPHIS, TN 38103-3630-021

**Exhibit D**

```
       --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                  181,387.63
ACCRUED INTEREST:                  30,410.37      AS OF: Jun. 22, 2015
ACCRUED PENALTY:                        0.00      AS OF: Jun. 22, 2015

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    211,798.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                            01
FILING STATUS:                      Single
ADJUSTED GROSS INCOME:            367,886.00
TAXABLE INCOME:                   362,886.00
TAX PER RETURN:                         0.00
SE TAXABLE INCOME TAXPAYER:             0.00
SE TAXABLE INCOME SPOUSE:               0.00
TOTAL SELF EMPLOYMENT TAX:              0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Nov. 26, 2008
PROCESSING DATE                                                Dec. 15, 2008
```

```
                               TRANSACTIONS
CODE  EXPLANATION OF TRANSACTION                CYCLE    DATE         AMOUNT
150   Substitute tax return prepared by IRS              12-15-2008    $0.00
```

| Code | Description | Cycle/Date | Date | Amount |
|---|---|---|---|---|
| n/a | 29210-888-00000-8 | | | |
| 960 | Appointed representative | | 11-22-2005 | $0.00 |
| 460 | Extension of time to file ext. Date 10-15-2006 | | 04-15-2006 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 05-29-2007 | $0.00 |
| 595 | Tax return referred for review | | 07-27-2007 | $0.00 |
| 570 | Additional account action pending | | 12-15-2008 | $0.00 |
| 420 | Examination of tax return | | 12-04-2008 | $0.00 |
| 961 | Removed appointed representative | | 02-11-2009 | $0.00 |
| 420 | Examination of tax return | | 07-02-2009 | $0.00 |
| 977 | Amended return filed | | 04-16-2010 | $0.00 |
| n/a | 49277-510-02170-0 | | | |
| 170 | Penalty for not pre-paying tax | 20103008 | 08-09-2010 | $2,675.11 |
| 160 | Penalty for filing tax return after the due date | 20103008 | 08-09-2010 | $21,966.53 |
| 806 | W-2 or 1099 withholding | | 04-15-2006 | -$9,851.00 |
| 300 | Additional tax assessed by examination | 20103008 | 08-09-2010 | $107,480.00 |
| n/a | 49247-602-30144-0 | | | |
| 336 | Interest charged for late payment | 20103008 | 08-09-2010 | $34,685.74 |
| 276 | Penalty for late payment of tax | 20103008 | 08-09-2010 | $24,407.25 |
| 971 | Notice issued CP 0022 | | 08-09-2010 | $0.00 |
| 971 | Notice issued CP 071C | | 07-11-2011 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 11-26-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-30-2012 | $0.00 |
| 360 | Fees and other expenses for collection | | 12-24-2012 | $24.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 12-04-2012 | $0.00 |
| 971 | Collection due process request received timely | | 01-10-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 01-10-2013 | $0.00 |
| 290 | Additional tax assessed | 20143805 | 10-06-2014 | $0.00 |
| n/a | 19254-659-18097-4 | | | |
| 521 | Removed bankruptcy or other legal action | | 07-24-2014 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 09-11-2014 | $0.00 |
| 971 | Notice issued CP 0055 | | 10-06-2014 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 10-13-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 10-03-2014 | $0.00 |
| 971 | Collection due process request received timely | | 11-03-2014 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | | 11-03-2014 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-28-2014 | $0.00 |

| | | | |
|---|---|---|---|
| 520 | Bankruptcy or other legal action filed | 11-20-2014 | $0.00 |
| 522 | Removed bankruptcy or other legal action | 10-28-2014 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | 04-14-2015 | $0.00 |

**This Product Contains Sensitive Taxpayer Data**