IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN CHRISTOPHER REYES, *et al.*, )<br>)<br>Defendants. )<br>)  | Case No. 15-2459 |

# **ORDER GRANTING MOTION TO CONFIRM SALE AND DISTRIBUTE PROCEEDS**

Before the Court is the United States' Motion to Confirm Sale and Distribute Proceeds. Upon consideration of the motion, any opposition thereto, and the Court being sufficiently advised, it is hereby

ORDERED that the United States' motion is granted;

ORDERED that the Internal Revenue Service's sale of the real property located at 200 Wagner Place, Apartment 802, Memphis, Tennessee to Lawrence and Nouth Magdovitz is hereby confirmed; and further

ORDERED that the Clerk of the Court shall distribute the proceeds of the sale as follows:

(1) $1,383.41 to the Internal Revenue Service for expenses of sale;

> Internal Revenue Service
> ATTN: Property Appraisal and Liquidation Specialist Roberta Collee
> 109 S. Highland, Room 103
> Jackson, TN 38301

//

//

(2) $7,337.32 to the Shelby County Trustee for outstanding property taxes;

    Shelby County Trustee
    PO Box 2751
    Memphis, TN 38101

(3) $10,070.40 to the City of Memphis Tax Office for outstanding property taxes;

    City of Memphis Tax Office
    125 N. Main #200
    Memphis, TN 38103

(4) $8,172.26 to Waterford Homeowner's Association for outstanding HOA fees;

    Waterford Homeowner's Association
    7125 Getwell Road, Ste. 201
    Southaven, MS 38671

(5) $96,518.31 to the United States in partial satisfaction of Alan Reyes' outstanding tax liabilities; and

    William E. Thompson
    Department of Justice, Tax Division
    Office of Review
    P.O. Box 310
    Ben Franklin Station
    Washington, DC 20044

(6) $96,518.31 to the United States in partial satisfaction of Vernice Kuglin's outstanding tax liabilities.

    William E. Thompson
    Department of Justice, Tax Division
    Office of Review
    P.O. Box 310
    Ben Franklin Station
    Washington, DC 20044

**IT IS SO ORDERED.**

    **s/ S. Thomas Anderson**
    S. THOMAS ANDERSON
    UNITED STATES DISTRICT JUDGE

    Date: October 5, 2016